IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | |
| KEVIN DEMOND MEACHEM, | § | Civil Action No. 4:17-cv-1009-O |
| Defendant, | § | |
| and | § | |
| FIVE STONE INVESTMENTS, LLC, | § | |
| Garnishee. | § | |

## ORDER

Before the Court is Plaintiff's Motion to Quash Writ of Garnishment and Terminate Case (ECF No. 9), filed December 13, 2018. Garnishee "verbally notified [Plaintiff] that [Defendant] had not worked [for Garnishee] since before the issuance of the writ." *See* Mot. Quash, ECF No. 9. Plaintiff therefore requested that the writ directed to Garnishee be quashed and the case be terminated. Having reviewed the motion, the Court finds that it should be and is hereby **GRANTED**. Accordingly, it is **ORDERED** that the writ of garnishment be quashed and this matter be terminated.

**SO ORDERED** on this **19th day** of **December, 2018.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE